ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
BAE Systems Land & Armaments L.P.              )    ASBCA No. 62988
                                               )
Under Contract No. W56HZV-05-G-0005            )

APPEARANCES FOR THE APPELLANT:        David Z. Bodenheimer, Esq.
                                      Andy Liu, Esq.
                                      Haaleh Katouzin, Esq.
                                        Nichols Liu LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Scott N. Flesch, Esq.
                                        Army Chief Trial Attorney
                                      Robert B. Neill, Esq.
                                      MAJ Weston E. Borkenhagen, JA
                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 29, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62988, Appeal of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated:  September 30, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals